UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM CARTER BYNUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARY SWEET, et al.,<br><br>　　　　Defendants. | Case No. 21-05833 BLF (PR)<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT; DENYING MOTION FOR ENTRY OF DEFAULT AS PREMATURE**<br><br>(Docket Nos. 18, 20) |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against medical personnel at the Correctional Training Facility in Soledad ("CTF") where he is currently incarcerated.[1] Dkt. No. 1. The Court found the complaint stated a cognizable claim under the Eighth Amendment for deliberate indifference to serious medical needs, and ordered the matter served on Defendants Dr. Mary Karen Sweet and Dr. Martin Laufik. Dkt. No. 9. The Court received notice from the CDCR that Defendant Dr. Laufik is a contract doctor and not a CDCR employee. Dkt. No. 10. Accordingly, the Court will order the Marshal to formally serve the matter on Defendant Laufik at the address provided by the CDCR in a separate order.

---

[1] The matter was reassigned to this Court after Plaintiff declined magistrate judge jurisdiction. Dkt. Nos. 4, 6.

In light of the foregoing, Plaintiff's motion for an extension of time to serve Defendant Martin Laufik is **DENIED** as moot.  Dkt. No. 18.  Furthermore, because Defendant Laufik has not yet been served in this matter, Plaintiff's motion for entry of default against him is **DENIED** as premature.  Dkt. No. 20.

This order terminates Docket Nos. 18 and 20.

**IT IS SO ORDERED.**

Dated:  __April 7, 2022_____

BETH LABSON FREEMAN
United States District Judge

Order Denying EOT as moot; Denying Entry of Default as Moot
PRO-SE\BLF\CR.21\05833Bynum_motions