UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM CARTER BYNUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. K. SWEET, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-05833 BLF (PR)<br><br>**JUDGMENT** |

　　　The Court has dismissed all claims against Defendants and granted their motions to dismiss for failure to state a claim and for summary judgment. Judgment is entered in favor of Defendants.

　　　The Clerk shall close the file.

　　　**IT IS SO ORDERED.**

Dated: ___January 4, 2023_____　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.21\05833Bynum_judgment